427 A.2d 1223

Commonwealth v. Bozeman, Appellant.

Submitted August 28, 1979. Raymond H. Bogaty, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Order affirmed.